**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar #16183
TANYA M. FRASER, ESQ.
Nevada Bar #13872
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
efile@alversontaylor.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT GIRARD CRUMP,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:22-cv-02005-CDS-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[First Request]** |

Plaintiff SCOTT GIRARD CRUMP ("Plaintiff") and Defendant WALMART, INC. ("Defendant"), by and through their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of ninety (90) days.

1                                                                 KB/28032

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is their **first request to extend discovery deadlines** in this matter.

### DISCOVERY COMPLETED TO DATE

- The parties submitted their Joint Status Report on December 30, 2022.
- Plaintiff served his Initial Disclosure Statement Pursuant to FRCP 26(a)(1) and Initial Expert Disclosures on January 18, 2023.
- Defendant served its FRCP 26 Disclosure of Witness Statements and Documents on March 3, 2023.
- The parties conducted an FRCP 26(f) conference on March 6, 2023.
- Plaintiff conducted a Site Inspection at Defendant Walmart's premises on May 3, 2023.
- Defendant served its First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents on Plaintiff on May 25, 2023.

### DISCOVERY TO BE COMPLETED

- Plaintiff's responses to Defendant Walmart's First Set of Interrogatories, Requests for Admissions, and Requests for Production of Documents.
- Additional written discovery between the parties.
- Deposition of Plaintiff.
- Deposition of Defendant Walmart.
- Depositions of the parties' witnesses.
- Depositions of Plaintiff's treating physicians.
- Expert discovery, including depositions.

### REASONS FOR THE PARTIES' REQUEST TO EXTEND

Consistent with the requirements of LR 26-3, good cause exists for this Court to grant the parties' requested 90-day extension of deadlines as the parties are currently negotiating settlement and wish to focus their time and financial resources on early resolution. This extension also potentially avoids waste of the Court's resources, should Plaintiff's claims resolve. Moreover, the deadline for initial expert disclosures is currently July 6, 2023, which is more than 21 days after the date of submission of the instant Stipulation; accordingly, the parties' request is not untimely under

KB/28032

1  LR 26-3. The parties make this request in good faith and have no intent to delay resolution of this
2  matter.

### ~~PROPOSED~~ DISCOVERY DEADLINES

| Event | Date |
|---|---|
| Amend Pleadings or Add Parties | June 6, 2023 |
| Expert Disclosures | October 4, 2023 |
| Rebuttal Expert Disclosures | November 3, 2023 |
| Discovery Cut-Off | December 4, 2023 |
| Dispositive Motions | January 2, 2024 |
| Joint Pre-Trial Order | February 1, 2024 |

IT IS SO STIPULATED.

DATED this 13th day of June, 2023          DATED this 13th day of June, 2023

ALVERSON TAYLOR & SANDERS                  BIGHORN LAW

/s/ *Tanya M. Fraser*                      /s/ Gregory S. Caruso
KURT R. BONDS, ESQ.                        GREGORY S. CARUSO, ESQ.
Nevada Bar #6228                           Nevada State Bar No. 13086
MADISON M. AGUIRRE, ESQ.                   3675 W. Cheyenne Ave.
Nevada Bar # 16183                         Suite 100
TANYA M. FRASER, ESQ.                      North Las Vegas, NV 89032
Nevada Bar #13872                          Telephone: 702 333 1111
6605 Grand Montecito Parkway               Gregory@Bighornlaw.com
Suite 200                                  jennifer.miller@bighornlaw.com
Las Vegas, Nevada 89149                    nicholas@bighornlaw.com
(702) 384-7000                             *Attorneys for Plaintiff*
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  June 13, 2023