**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
MADISON M. AGUIRRE, ESQ.
Nevada Bar No. 16183
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FPR THE DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT GIRARD CRUMP,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation; DOE STORE MANAGERS I through X; DOE STORE EMPLOYEES I through X; DOE OWNERS I through X; DOE PROPERTY MANAGERS I through X; DOE MAINTENANCE EMPLOYEES I through X; DOE JANITORIAL EMPLOYEES I through X; ROE PROPERTY MANAGERS XI through XX; ROE MAINTENANCE COMPANIES XI through XX; ROE OWNERS XI through XX; ROE EMPLOYERS XI through XX; DOES XXI through XXV; and ROE CORPORATIONS, XXV through XXX, inclusive, jointly and severally,<br><br>Defendants. | Case No.: 2:22-cv-02005-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS LITIGATION WITH PREJUDICE** |

COMES NOW Plaintiff, SCOTT GIRARD CRUMP ("Plaintiff) by and through his counsel of record, BIG HORN LAW, and Defendant, WALMART, INC. ("Defendant") by and through its counsel of record, HALL & EVANS, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby request that the Court dismiss this action with prejudice.

KRB/20147-21

There are no counterclaims, crossclaims, or third-party claims pending in this civil action. The Parties agree that should the Court approve this stipulation and dismiss this action, each side will bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

| DATED this 11th day of December, 2023 | DATED this 11th day of December, 2023 |
|---|---|
| BIGHORN LAW | HALL & EVANS, LLC |
| *(signature)* | *(signature)* |
| Gregory S. Caruso, Esq. | Kurt R. Bonds, Esq. |
| Nevada Bar No. 13086 | Nevada Bar No. 6228 |
| 3675 W. Cheyenne Ave. | Madison M. Aguirre, Esq. |
| Suite 100 | Nevada Bar No. 16183 |
| North Las Vegas, NV 89032 | 1160 North Town Center Drive |
| (702) 333-1111 | Suite 330 |
| Gregory@Bighornlaw.com | Las Vegas, Nevada 89144 |
| jennifer.miller@bighornlaw.com | (702) 998-1022 |
| nicholas@bighornlaw.com | nvefile@hallevans.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

The Court having reviewed the Stipulation to Dismiss Litigation with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ordered that the Stipulation is **approved**. All remaining claims in this civil action are dismissed with prejudice. Each party shall bear its own attorney's fees and costs. The Clerk of Court may close this case.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT ~~COURT~~ JUDGE

DATED this 14 day of December, 2023.